IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **TYLER VERDIECK,**<br><br>                    Plaintiff,<br><br>     vs.<br><br>**TD AMERITRADE, INC.,**<br><br>                    Defendant. | 8:14CV289<br><br>ORDER |

The records of the court show that on September 24, 2014, the Office of the Clerk of Court sent a letter (Filing No. 3) to:

> Mark L. Knutson
> FINKELSTEIN, KRINSK LAW FIRM - SAN DIEGO
> 501 West Broadyway [sic]
> Suite 1250
> San Diego, CA 92101-3579

The letter directed the attorney to register in compliance with the local rules, within fifteen days, for admission to practice in this court and for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System (System).  **See** NEGenR 1.3(b) and NEGenR 1.7.  As of the close of business on November 6, 2014, said attorney has not complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, **on or before November 24, 2014**, attorney Mark L. Knutson shall register or show cause by written affidavit why he cannot comply with the rules of the court. Failure to comply with this order will result in Mr. Knutson being removed as counsel of record for the plaintiff.

Dated this 6th day of November, 2014.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge